## STATE of Missouri, Plaintiff/Respondent,

v.

## Ryan HUDSON, Defendant/Appellant.

### No. ED 101986

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: February 16, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 2016

Application for Transfer Denied May 24, 2016

Timothy J. Forneris, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Gregory Barnes, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, P. J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM

Ryan Hudson appeals the trial court's judgment after a jury convicted him of robbery, kidnapping, burglary, and armed criminal action. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).